**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:                                )
                                      )   CASE NO. 21-00531-eg
Felicia Jynece Mitchell               )
                                      )   CHAPTER 13
                    DEBTOR.           )
                                      )

**MOTION TO MODIFY PLAN AFTER CONFIRMATION AND OPPORTUNITY FOR HEARING**

The Court has confirmed a chapter 13 plan in this case. The debtor moves, pursuant to 11 U.S.C § 1329 (a), and Fed. R. Bankr. P. 3015 (h), to modify the confirmed plan as follows:

**This plan is amended to conform with the new form plan. Sections 1.3, 2.1, 3.3, and 3.5 and 8.1 are amended to reduce the debtor's payments to the Chapter 13 Trustee following the surrender of the debtor's 2008 Chrysler 300 to Auto Money Title Loans.**

A copy of the plan with these modifications included is attached.

TAKE NOTICE that any response, return, and/or objection to this motion should be filed with the Court no later than seven (7) days prior to the hearing date set forth below and a copy simultaneously served on the debtors, trustee and any other affected party.

TAKE FURTHER NOTICE that no hearing will be held on this motion, except at the direction of the judge, unless a response, return, and/or objection is timely filed and served, in which case the Court will conduct a hearing on February 2, 2023, at 10:00 a.m. at 145 King Street, Room 225, Charleston, SC 29401. No further notice of this hearing will be given.

Date: 12/19/22

Robert R. Meredith, Jr., DC ID #6152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Meredith Law Firm, LLC
Attorneys for Debtor
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
843-529-9000
843-529-9907(f)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
 )    CASE NO. 21-00531-eg
Felicia Jynece Mitchell )
 )    CHAPTER 13
           DEBTOR. )
 )

CERTIFICATE OF SERVICE

The above-signing parties certify that the foregoing Notice of Plan Modification After Confirmation, Amended Plan and Motions were served on all creditors and parties in interest entitled to such notice on the above stated date. The specific list of names and addresses of parties served with this plan is attached to the plan filed with the Court.

**ELECTRONICALLY**
James M. Wyman, Esq.
Chapter 13 Trustee

US Trustee Region 4
1835 Assembly Street #953
Columbia, SC 29201-2448

**VIA US MAIL**
(see attached list)

Auto Money, Inc.
Attn: Bankruptcy
450B Meeting Street
Charleston, SC 29403

Date: 12/20/22

Kristen E. Buck, Legal Assistant to
Robert R. Meredith, Jr., DC ID #6152
rm@meredithlawfirm.com
Elizabeth R. Heilig, DC ID #10704
eheilig@meredithlawfirm.com
Meredith Law Firm, LLC
Attorneys for Debtor
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
843-529-9000
843-529-9907(f)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 21-00531-eg<br>District of South Carolina<br>Charleston<br>Mon Dec 19 16:09:06 EST 2022 | Advance Recovery Systems<br>PO Box 80766<br>Valley Forge PA 19484-0766 | American Infosource, LP<br>PO Box 248838<br>Oklahoma City OK 73124-8838 |
| Arrow Financial Services<br>11715 Fox Road, Suite 400-225<br>Indianapolis, IN 46236-8421 | Ashley Funding Services<br>c/o Resurgent Capital<br>PO Box 10587<br>Greenville SC 29603-0587 | Auto Money Title Loans<br>102 Red Bank Road<br>Goose Creek, SC 29445-6501 |
| BERKELEY COMMUNITY FEDERAL CREDIT UNION<br>600 MAIN STREET EXT<br>MONCKS CORNER  SC 29461-3939 | Berkeley Community FCU<br>PO Box 1769<br>Moncks Corner SC 29461-1769 | Berkeley County Tax Collector<br>PO Box 6122<br>Moncks Corner SC 29461-6120 |
| Paul W. Bradley<br>Bradley Law Firm, LLC<br>6 Carriage Lane, Suite A<br>Charleston, SC 29407-6010 | CCI Contract Callers, Inc.<br>PO Box 2207<br>Augusta GA 30903-2207 | Cab Collection Agency<br>5640 Rivers Ave<br>North Charleston SC 29406-6027 |
| Carolina Car Credit<br>1016 North Main Street<br>Summerville SC 29483-6707 | Cash Credit Co.<br>1672 North Main Street<br>Suite 11<br>Summerville SC 29486-7811 | Check Into Cash<br>1625 N Main St., Suite 104<br>Summerville, SC 29486-7864 |
| Check N Go<br>7755 Montgomery Rd Ste 400<br>Cincinnati OH 45236-4197 | Courtney N. Harrison<br>118 Isaac Abby Court<br>Goose Creek SC 29445-7836 | Credit Central<br>700 West Market Street<br>Johnson City TN 37604-5460 |
| Designed Receivable Solutions<br>1 Centerpointe Drive<br>Suite 450<br>La Palma CA 90623-1089 | Elizabeth R. Heilig<br>Meredith Law Firm, LLC<br>4000 Faber Place Drive<br>Suite 120<br>North Charleston, SC 29405-8585 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Lowcountry Credit, Inc.<br>c/o Paul W. Bradley, Esquire<br>6 Carriage Lane, Ste. A<br>Charleston, SC 29407-6010 | Lowcountry Credit, Inc.<br>9570 Highway 78, Suite 102<br>Ladson, SC 29456-3911 | Robert R. Meredith Jr.<br>4000 Faber Place Drive<br>Suite 120<br>N. Charleston, SC 29405-8585 |
| Meredith Law Firm, LLC<br>4000 Faber Place Drive<br>Suite 120<br>North Charleston SC 29405-8585 | Felicia Jynece Mitchell<br>118 Isaac Abby Court<br>Goose Creek, SC 29445-7836 | (p)SOUTHERN MANAGEMENT<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 |
| Regional Finance of Summerville<br>1525 Old Trolley Road, Ste 3A<br>Summerville SC 29485-8943 | Rent A Center<br>1317 N Main Street<br>Summerville SC 29483-7342 | (p)SOUTH CAROLINA DEPARTMENT OF REVENUE<br>OFFICE OF THE GENERAL COUNSEL - BANKRUPTCY SE<br>300A OUTLET POINTE BLVD<br>COLUMBIA SC 29210-5666 |

| | | |
|---|---|---|
| SC Federal Credit Union<br>PO Box 190012<br>North Charleston SC 29419-9012 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth TX 76161-0244 | Santander Consumer USA Inc.<br>PO Box 560284<br>Dallas, TX 75356-0284 |
| Security Finance<br>4365 Dorchester Road, Ste 103<br>North Charleston SC 29405-8422 | Security Finance<br>Attn: Bankruptcy<br>Po Box 1893<br>Spartanburg SC 29304-1893 | Synergy Acceptance Corp<br>110 Londonderry Court Ste 136<br>Woodstock GA 30188-7352 |
| Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Titlemax TMX Finance, LLC<br>15 Bull Street, Suite 200<br>Savannah GA 31401-2686 | Travis Brown<br>2687 Orchid Ave<br>North Charleston SC 29405-6856 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | United Acceptance Inc<br>P.O. Box 723065<br>Atlanta, GA 31139-0065 | James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Quick Credit<br>4365 Dorchester Road<br>Suite 109<br>North Charleston SC 29405 | SC Department of Revenue<br>PO Box 12265<br>Columbia SC 29211 | End of Label Matrix<br>Mailable recipients   41<br>Bypassed recipients    0<br>Total                 41 |