**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 21−00531−eg                                     Chapter: 13

**In re:**
Felicia Jynece Mitchell
aka Felicia J Mitchell, aka Felicia Mitchell

| Entered By The Court 3/6/23 | ORDER | Filed By The Court 3/6/23 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |
|---|---|---|

This matter comes before the Court on a Petition to Dismiss the above−captioned Chapter 13 case. Following notice and an opportunity for a hearing or a hearing having been held, the Court finds and concludes:

The relief sought is denied based upon an agreement between the trustee and the debtor(s) and/or the attorney for the debtor(s), whereby this case may be dismissed upon request of the trustee, without further notice or hearing, if the debtor(s) fail(s) to comply with the terms of this agreement. If this matter arose because of the debtor(s) failure to make payments to the trustee, the case may also be dismissed upon request of the trustee, without further notice or hearing, if the debtor(s) fail(s) to make future payments, as they become due.

AND IT IS SO ORDERED.

Elisabetta G.M. Gasparini
United States Bankruptcy Judge